NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **ERIK BRUNETTI**,
*Appellant*

2023-1103

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 88308426, 88308434, 88308451, 88310900.

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

February 9, 2023
       Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 9, 2023